UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RIESGRAF INSTALLATIONS CO., INC.,  :
                           Plaintiff,  :
            -against-  :              21 Civ. 7976 (LGS)
                                            :
THE NEW YORK CITY DISTRICT COUNCIL  :             ORDER
OF CARPENTERS, et al.,  :
                       Defendants.  X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an initial conference is scheduled for December 2, 2021.  (Dkt. No. 12.)

       WHEREAS, this Court's October 18, 2021, Order required the parties to file a joint letter and proposed case management plan seven days prior to the initial conference.  (Dkt. No. 12.)

       WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

       **ORDERED** that, by **November 30, 2021**, the parties shall file a joint letter and proposed case management plan.

Dated: November 29, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE