UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RIESGRAF INSTALLATIONS CO., INC.,                           :
                          Plaintiff,                        :
            -against-                                       :     21 Civ. 7976 (LGS)
                                                            :
THE NEW YORK CITY DISTRICT COUNCIL                          :     <u>ORDER</u>
OF CARPENTERS, et al.,                                      :
                          Defendants.  X
-----------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference is scheduled for December 2, 2021, at 10:40 a.m.  (Dkt. No. 12.)  It is hereby

**ORDERED** that the December 2, 2021 conference is **ADJOURNED to December 2, 2021 at 10:50 a.m.**  The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: December 1, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE