UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
RIESGRAF INSTALLATIONS CO., INC., :
                         Plaintiff, :
          -against- : 21 Civ. 7976 (LGS)
 :
THE NEW YORK CITY DISTRICT COUNCIL :
OF CARPENTERS, et al., : ORDER
                        Defendants. X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an initial conference was held on December 2, 2021, at 10:50 a.m., to discuss a scheduling order and any motion to vacate or confirm the arbitration award. It is hereby

    **ORDERED** that, for the reasons discussed at the conference, by **January 4, 2022**, the parties shall file a joint letter apprising the Court of the status of the action and proposing any next steps.

Dated: December 2, 2021
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE